COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Annette Fuller Roach
Louisiana Appellate Project
P. O. Box 1747
Lake Charles LA 70602-1747

Jamal Christopher Lacon
Angola State Prison DOC No. 702393
Camp D, Falcon 2
Angola La 70712

> Judgment on rehearing rendered and mailed to all parties or counsel of record on August 5, 2020

**REHEARING ACTION: August 5, 2020**

**Docket Number: 19   00478-KA**

**STATE OF LOUISIANA
VERSUS
JAMAL CHRISTOPHER LACON**

**Appealed from Lafayette Parish Case No. CR 158064**

<u>**BEFORE JUDGES**</u>**:**

   **Hon. Sylvia R. Cooks
   Hon. Elizabeth A. Pickett
   Hon. Jonathan W. Perry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Jamal Christopher Lacon** has this day been

   **DENIED.**

cc: Hon. Keith A. Stutes, Counsel for the Appellee